# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## CIVIL JUDGMENT OF DEFAULT

___

**UNITED STATES OF AMERICA**

vs.          **Plaintiff**          CASE NUMBER: 1:11-CV-1366 (GTS/RFT)

**MELANIE WILDAY**

**Defendant**
___

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the default judgment is entered in favor of plaintiff and against the defendant as follows:

Principal Balance: $ 81,675.28

Pre-Judgment Interest Accrued (from 07/25/06 to 04/23/12, Equaling 2,099 Days, at an Annual Interest Rate of 8.25%): $ 38,749.33

Fee for Service and Travel: $ 25.00

**TOTAL AMOUNT OF JUDGMENT: $120,449.61**

Plus post-judgment interest pursuant to 28 U.S.C. § 1961.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable District Judge Glenn T. Suddaby, dated the 23rd day of April, 2012.

DATED: April 23, 2012

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis, Deputy Clerk